MIME-Version:1.0
From:DCECF_LiveDB@txs.uscourts.gov
To:DC_Notices@localhost.localdomain
Message-Id:44274897@txs.uscourts.gov
Subject:Activity in Case 4:25-cv-03726 Buentrostro Mendez v. Bondi et al Petition for Writ of Habeas Corpus
Content−Type: text/html

# U.S. District Court

## SOUTHERN DISTRICT OF TEXAS

## Notice of Electronic Filing

The following transaction was entered by O'Connor, Stephen on 8/8/2025 at 6:36 PM CDT and filed on 8/8/2025

| | |
|---|---|
| **Case Name:** | Buentrostro Mendez v. Bondi et al |
| **Case Number:** | 4:25−cv−03726 |
| **Filer:** | Victor Buentrostro Mendez |
| **Document Number:** | 1 |

**Docket Text:**
**PETITION for Writ of Habeas Corpus (Filing fee $ 5 receipt number ATXSDC−33912200) filed by Victor Buentrostro Mendez. (Attachments: # (1) Civil Cover Sheet civ sheet, # (2) Exhibit IJ bond order) (O'Connor, Stephen)**


**4:25−cv−03726 Notice has been electronically mailed to:**

Stephen Joseph O'Connor &nbsp &nbsp steve@oconnorimmigration.com, paddychina@yahoo.com

**4:25−cv−03726 Notice has not been electronically mailed to:**

The following document(s) are associated with this transaction: