United States District Court
Southern District of Texas
**ENTERED**
September 05, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| VICTOR BUENROSTRO-MENDEZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. H-25-3726 |
| | § | |
| PAMELA JO BONDI, Attorney General of the United States, *et al.*, | § | |
| | § | |
| Respondents. | § | |

**ORDER GRANTING UNOPPOSED MOTION FOR
EXTENSION OF TIME TO ANSWER PETITION**

The respondents' unopposed motion for extension of time to respond to the petition, (Docket Entry No. 6), is granted. The respondents' answer is now due by **September 8, 2025**.

SIGNED on September 5, 2025, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge