United States District Court
Southern District of Texas
**ENTERED**
September 11, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| VICTOR BUENROSTRO-MENDEZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. H-25-3726 |
| | § | |
| PAMELA JO BONDI, Attorney General of the United States, *et al*., | § | |
| | § | |
| Respondents. | § | |

## ORDER GRANTING SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER PETITION

The unopposed motion for extension of time to respond to the petition filed by respondents Pamela Jo Bondi, Mathew Baker, John Linscott, Todd M. Lyons, and Kristi Noem, (Docket Entry No. 10), is granted. The answer from these respondents is now due by **September 12, 2025**. The previously filed opposed motion for extension of time, (Docket Entry No. 9). is denied as moot.

SIGNED on September 11, 2025, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge