United States District Court
Southern District of Texas
**ENTERED**
December 20, 2025
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| VICTOR BUENROSTRO MENDEZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | CIVIL ACTION NO. H-25-3726 |
| v. | § | |
| | § | |
| PAMELA BONDI, Attorney General of the | § | |
| United States, *et al.*, | § | |
| | § | |
| Respondents. | § | |
| | § | |

**FINAL JUDGMENT**

For the reasons set out in this court's Memorandum and Order entered on October 7, 2025, the court granted in part Victor Buenrostro Mendez's habeas petition. (Docket Entry No. 18). The court ordered the parties to provide the court with a status update on his bond hearing no later than October 24, 2025. (*Id.*). On October 24, 2025, the parties reported that on October 16, 2025, a new custody determination hearing was held under 8 U.S.C. § 1226 and the immigration judge issued an order granting Buenrostro Mendez a $5,000 bond. (Docket Entry No. 19). On October 22, 2025, Buenrostro Mendez posted the bond and was released from the custody of U.S. Immigration and Custom Enforcement. (*Id.*). Following the court's order and Buenrostro Mendez's release, no live claims remain in the case.

This is final judgment.

SIGNED on December 16, 2025, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge