United States District Court
Southern District of Texas
**ENTERED**
June 16, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| VICTOR BUENROSTRO MENDEZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | CIVIL ACTION NO. H-25-3726 |
| vs. | § | |
| | § | |
| PAMELA BONDI, Attorney General of the United Stats, *et al.*, | § | |
| | § | |
| | § | |
| Respondents. | § | |
| | § | |

**ORDER**

On April 16, 2026, the Fifth Circuit issued the mandate in this case. **By June 26, 2026,** the parties must file status updates indicating whether any further relief is sought or if this case may be closed.

SIGNED on June 16, 2026, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge