United States District Court
Southern District of Texas

**ENTERED**

June 22, 2026

Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

VICTOR BUENROSTRO MENDEZ,  §
§
Petitioner,  §
v.  §   CIVIL ACTION NO. H-25-3726
§
PAM BONDI, *et al.*,  §
§
Respondents.  §

**ORDER**

On June 17, 2026, in response to this court's request for a status update, the parties filed a joint advisory. (Docket Entry No. 32). The parties ask that this court stay the instant proceedings pending the Fifth Circuit's decision in *Sosnava-Rodriguez v. Blanche*, No. 26-50183. (*Id.*). Based on this joint request, the court stays and administratively closes this case. The parties must file a joint advisory within seven days of the Fifth Circuit's decision summarizing the developments in *Sosnava* and explaining what next steps, in any, the court must take following that decision.

SIGNED on June 22, 2026, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge